# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>ISIDRO BERNAL-FELCIAN,<br><br>　　　　　　Defendant. | Case No. 3:01-cr-00164-LRH-CLB<br><br>**ORDER** |

　　　Leave of Court is granted for the filing of the foregoing motion to dismiss pursuant to Fed. R. Crim. P. 48(a); and

　　　IT IS THEREFORE ORDERED that the indictment against ISIDRO BERNAL-FELCIAN is hereby DISMISSED.

　　　Dated this 31st day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS, JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT